**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Melissa Cox, | ) | No.   CV 00-2370-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Ansell Healthcare Corp., et al. | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation of the parties, IT IS ORDERED that Defendants Tillotson Corporation and Tillotson Rubber Co., Inc. are dismissed from this action with prejudice and without costs pursuant to MDL 1148 CMO Nos. 17, 17A and 28A.

DATED this 24th day of August, 2006.

Paul G. Rosenblatt
United States District Judge